IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARVIN A. ROSS, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:11-cv-301-MEF |
| ) | |
| RENAISSANCE MONTGOMERY ) | |
| HOTEL & SPA AT THE CONVENTION ) | |
| CENTER, ) | |
| ) | |
|     Defendant. ) | |

**FINAL JUDGMENT**

Consistent with the Memorandum Opinion and Order issued today, judgment is ENTERED in favor of the defendant, the Renaissance Montgomery Hotel & Spa, and against the plaintiff, Marvin Ross. It is further ORDERED that costs are taxed against Plaintiff for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment under Rule 58 of the *Federal Rules of Civil Procedure*.

DONE this 27th day of March, 2012.

                                                  /s/ Mark E. Fuller
                                      UNITED STATES DISTRICT JUDGE